UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL TORRES,

    Petitioner,

v.

DUNCAN MACLAREN,

    Respondent.

Case No. 2:14-12331
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the opinion and order entered today, May 2, 2016, it is ORDERED and ADJUDGED that Paul Torres's petition for a writ of habeas corpus is DENIED.

SO ORDERED.

Dated: May 2, 2016

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Judgment was served upon Paul Torres and COusel of Record on this date.

Dated: May 2, 2016

s/ Lisa C. Bartlett    for Jane Johnson
Case Manager